# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

UNITED STATES OF AMERICA,      )
                                  )
      Plaintiff,      )
                                    )
      v.      )      No. 3:10-00182
                                    )      **Judge Haynes**
DAYTON ALEXANDER CLAUDIO,      )
                                    )
      Defendant.      )

*[handwritten: Order. This matter is GRANTED. [signature] U.S.D.J. 3-26-12]*

## MOTION FOR ENTRY OF A FINAL ORDER OF FORFEITURE

The United States of America, by and through Jerry E. Martin, United Sates Attorney for the

Middle District of Tennessee, and Debra Teufel Phillips, Assistant United States Attorney moves

for the entry of a Final Order of Forfeiture as to the following property:

(1)      a Dell Dimension XPS tower computer, with serial number FH6N361;

(2)      a Western Digital WD5001ABYS hard drive with serial number WCAS87945292;

(3)      a Maxtor 6Y160M004725A hard drive with serial number Y4743Y9E;

(4)      a Western Digital WE5000H1CS-00, "MYBOOK" external SATA/USB hard drive with serial number WCASU3482618;

(5)      a Kodak EasyShare Z740 digital camera with serial number KCKDT52117703;

(6)      three 100 MB Iomega Zip platters designated by law enforcement as QME5, QME7 and QME9;

(7)      a 1GB SanDisk Ultra II SD card; and

(8)      a Hewlett Packard Pavilion ze4400 laptop computer with serial number CNF3302BW3,

seized from 2604 Ceanothus Avenue, Chico, California on August 20, 2009 (hereinafter referred to

collectively as "Subject Property") and forfeiting to the United States of America the Subject